UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND L. JACKSON,

        Petitioner,

        -v-                  9:19-CV-1542

MICHAEL CAPRA,

        Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                    OF COUNSEL:

RAYMOND L. JACKSON
Petitioner, Pro Se
3475 Bivona Street, Apt. 7B
Bronx, NY 10475

HON. LETITIA JAMES
New York State Attorney General
Attorneys for Respondent
28 Liberty Street
New York, NY 10005

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On December 13, 2019, *pro se* petitioner Raymond Jackson ("petitioner") filed this action seeking habeas corpus relief. Dkt. No. 1. After a series of procedural hurdles, delays, and interlocutory appeals, respondent eventually

filed an opposition to the petition. Dkt. Nos. 47–49. And after a series of additional delays, petitioner ultimately declined to file a reply. Dkt. No. 72.

On September 11, 2023, U.S. Magistrate Judge Christian F. Hummel advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 73. In a thorough, fifty-three-page opinion, Judge Hummel explained why petitioner's various habeas claims failed. *Id*.

Petitioner has not filed objections despite being afforded extensions of time in which to do so. Dkt. Nos. 76, 78. Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. The petition is DENIED and DISMISSED;

3. No Certificate of Appealability shall be issued; and

4. Any further request for a Certificate of Appealability must be addressed to the U.S. Court of Appeals for the Second Circuit in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

Dated: December 4, 2023
       Utica, New York.

David N. Hurd
U.S. District Judge